[No. 68158-3-I.   Division One.   May 13, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY M. KINZLE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-1-00709-4, George N. Bowden, J., entered December 6, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Leach, C.J., concurred in by Cox and Verellen, JJ.

[No. 68424-8-I.   Division One.   May 13, 2013.]

*In the Matter of the Marriage of* NEHA VYAS CHANDOLA, *Respondent*, and MANJUL VARN CHANDOLA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-3-01394-8, James A. Doerty, J., entered February 16, 2012. *Affirmed* by unpublished opinion per Cox, J., concurred in by Spearman, A.C.J., and Schindler, J.

[No. 69275-5-I.   Division One.   May 13, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. N.A.J., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-8-00733-2, J. Wesley Saint Clair, J., entered August 9, 2012. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Dwyer and Lau, JJ.

[No. 42149-6-II.   Division Two.   May 14, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER JOHN DUNNE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 10-1-01830-1, Roger A. Bennett, J., entered May 16, 2011. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Quinn-Brintnall and Bjorgen, JJ.